AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.
Lizeth Villegas

Case No. 25-830 MJ

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
APR 23 2025
MITCHELL R. ELFERS
CLERK OF COURT

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 29, 2025** in the county of **Dona Ana** in the State and District of **New Mexico**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §1324(a)(1)(A)(v)(I) | Conspiracy to Violate 1324- All subsections-F) Knowingly, intentionally, and unlawfully conspired, combined, confederated and agreed with others known and unknown, to commit offenses against the United States, namely: to transport, move, and attempt to transport and move an alien within the United States by means of transportation and otherwise |

This criminal complaint is based on these facts:

See Affidavidt, attached and incorporated herein, by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Juan Ontiveros, Border Patrol Agent
*Printed name and title*

Sworn to before me and ~~signed in my presence.~~ VIA PHONE

Date: 04/~~22~~23/2025

_____
*Judge's signature*

City and state: Las Cruces, New Mexico    G. J. FOURATT   U.S. Magistrate Judge
*Printed name and title*

## STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

Lizeth Villegas

**Continuation of Statement of Facts:**

On or about January 29, 2005, at approximately 1100 hours, Las Cruces Border Patrol Disrupt Unit Agents (LAS DU BPAs) were conducting roving patrol duties due to the closing of the I-25 USBP Checkpoint on I-25 at MM 26 and the opening of the I-25 USBP Checkpoint on MM 82. LAS DU BPAs observed a black Dodge Durango, New Mexico license plate number BANB53, on I-25 driving north. This vehicle is registered to the Defendant. LAS DU BPAs had received information that this vehicle had been identified as a scout vehicle. The role of a scout is to discover if fixed checkpoints are operational and pass this information on to others in the alien smuggling organization. LAS DU BPAs followed the vehicle to the Truth or Consequences Border Patrol Checkpoint on Interstate 25 at MM 82. At the Checkpoint, LAS DU BPAs discovered that the Defendant was driving the vehicle and was with her toddler niece. During questioning the Defendant stated she had an argument with her family and was traveling to Los Lunas, New Mexico to be with other family members.

Later on, that same date, a vehicle containing illegal aliens was encountered and apprehended at an address of 14674 New Mexico State Road 187 by LAS DU BPAs. During investigation, it was revealed the Defendant was involved with this failed smuggling attempt as a scout.

On April 1, 2025, LAS DU BPAs conducted a consensual encounter at the Defendant's residence in Mesquite, New Mexico. LAS DU BPAs were greeted by the Defendant, and they identified themselves as Unites States Border Patrol Agents displaying their badge and credentials. LAS DU BPAs told Defendant they wanted to speak with her regarding a failed alien smuggling scheme that occurred on January 29, 2025.

The Defendant admitted to LAS DU BPAs that she was working as a scout for alien smugglers the day of January 29, 2025. The Defendant stated her job was to notify alien smugglers if the Border Patrol Immigration Checkpoint Located on Interstate 25 was "green" or "red" meaning opened or closed and was getting paid $300.00 to $400.00.

The Defendant told LAS DU BPAs she began working as a scout when her late boyfriend, who was also a scout asked her if she wanted to work with him. Defendant stated she initially was getting paid $100.00 for working as a scout and then began receiving payments of $300.00 to $400.00. Defendant admitted to DU Agents she continued to work as a scout after her boyfriend died in a car crash on July 31, 2023.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Assistant United States Attorney James Dickens was presented with the aforementioned facts and authorized criminal prosecution of the Defendant for violation of Title 8 United States Code, Sections 1324 (a)(1)(A)(v)(I).

_____
Juan Ontiveros,
United States Border Patrol Agent

_____
Gregory J. Fouratt
United States Magistrate Court Judge